# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| JAMES TURNER, | Case No.: 2:19-CV-01533-JAM-DB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | **FRCP 41** |
| Defendant. | |

Pursuant to the stipulation of the parties, this matter is hereby dismissed in its entirety with prejudice, the Parties having settled their dispute.  Each party shall bear its and his own fees and costs.


IT IS SO ORDERED.


DATED: September 28, 2020                    /s/ John A. Mendez
_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**                    2:19-CV-01533-jam-db